# Supreme Court of Texas

No. 23-0276

J-W Power Company,

*Petitioner*,

v.

Wise County Appraisal District and Wise County Appraisal
Review Board,

*Respondents*

On Petition for Review from the
Court of Appeals for the Second District of Texas

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Second District, and having considered the appellate record and counsels' briefs, but without hearing oral argument under Texas Rule of Appellate Procedure 59.1, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed;

2) The cause is remanded to the court of appeals for further proceedings consistent with this Court's opinion; and

3) J-W Power Company shall recover, and Wise County Appraisal District and Wise County Appraisal Review Board shall pay, the costs incurred in this Court and in the court of appeals.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Second District and to the District Court of Wise County, Texas, for observance.

Opinion of the Court delivered Per Curiam

Justice Young did not participate in the decision.

June 21, 2024

*********